FANNY T. ROWLES, Respondent, v. SANFORD A. DAVISON, Appellant, et al., Defendants.—

Present — Close, P. J. Hagarty, Carswell, Johnston and Adel, JJ.